**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**KAREN TURCOTTE**                                                                      **PLAINTIFF**

**VS.**                                                         **NO. 3:20-CV-40-NBB-RP**

**JIMMY EDWARDS**                                                   **DEFENDANT**

**NOTICE OF DEPOSITIONS**

TO:    Charles Irvin, Esquire
          460 Briarwood Drive, Suite 310
          Jackson, MS 39206

Please take notice that pursuant to *Fed. R. Civ. Pro.*, *as amended*, the undersigned attorney of record for Defendant, will take the depositions upon oral examination on Thursday, October 22, 2020, of the following before a court reporter, or some other official duly authorized to administer oaths at the law firm of Mitchell, McNutt & Sams, 105 South Front Street, Tupelo, Mississippi 38804:

        Karen Turcotte                         10:00 a.m.

        Jason Tucotte                          11:00 a.m.

The depositions will commence at the times set forth above and will continue from day to day and may be adjourned from time to time until completed. You are cordially invited to attend and to take part in the examinations as you deem appropriate.

This the 13th day of October, 2020.

                                                          s/<u>Berkley N. Huskison (MSB #9582)</u>
                                                          *Attorney for Defendant Union County*
                                                          *Sheriff Jimmy Edwards*

1206987

Of Counsel

Mitchell, McNutt & Sams, P.A.
Attorneys at Law
Post Office Box 1366
Columbus, Mississippi 39703-1366
(662) 328-2316 - phone
(662) 328-8035 - facsimile
bhuskison@mitchellmcnutt.com - email

## CERTIFICATE OF SERVICE

    I hereby certify that on October 13, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system and forwarded such filing via United States Postal Service or ECF notification to the following:

Charles Irvin, Esquire
460 Briarwood Drive, Suite 310
Jackson, MS 39206
*cbirvin@irvin-law.com*

This the 13th day of October, 2020.

                                                                  s/<u>Berkley N. Huskison</u>